1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MARK HOFFMAN and PATRICIA HOFFMAN, a marital community,<br><br>            Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation, and WEST SOUND PROPERTY MANAGEMENT, LLC dba WINDERMERE PROPERTY MANAGEMENT / WEST SOUND, a Washington limited liability company,<br><br>            Defendants. | NO.<br><br>NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441 |

TO:         CLERK OF THE COURT

AND TO:    MARK HOFFMAN AND PATRICIA HOFFMAN, PLAINTIFFS

AND TO:    BRUCE WINCHELL AND JANNA J. ANNEST, OF MILLS MEYERS AND SWARTLING, ATTORNEYS FOR PLAINTIFFS

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, defendant State Farm Fire and Casualty Company hereby removes the Kitsap County Superior Court action described below to the United States District Court for the Western District of Washington at Tacoma. In support thereof, defendant states as follows:

NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. § 1441 – 1

067826.000025 635050.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1. On June 22, 2015, Mark Hoffman and Patricia Hoffman ("plaintiffs") filed a civil action in Kitsap County Superior Court against State Farm Fire and Casualty Company ("State Farm") and West Sound Property Management, LLC dba Windermere Property Management/West Sound ("West Sound"), under Cause No. 15-2-01226-8. On June 19, 2015, counsel for plaintiffs provided to State Farm by service through the Insurance Commissioner of Washington a "Complaint for Damages" for that action. On December 18, 2015, plaintiffs filed an Amended Complaint for Damages.

2. The Amended Complaint for Damages seeks damages against State Farm for alleged breach of contract, bad faith, and violation of the Consumer Protection Act and the Insurance Fair Conduct Act. The breach of contract claim has been dismissed on summary judgment. A copy of the Amended Complaint for Damages is submitted as an exhibit with this Notice of Removal.

3. At the time plaintiffs served State Farm with the complaint for damages, the action lacked diversity of citizenship as defined in 28 U.S.C. § 1332. Plaintiffs resided in King County, Washington. (Amended Complaint for Damages, ¶ 1.1) State Farm is an Illinois corporation with its principal place of business in Illinois. (*See id.*, ¶ 1.2) West Sound is a Washington limited liability company. (*Id.*, ¶ 1.3) Since plaintiffs and West Sound were both citizens of Washington, the action was not removable at that time.

4. On June 9, 2016, counsel for plaintiffs electronically served counsel for State Farm with a Stipulation and [Proposed] Order of Dismissal With Prejudice, signed by counsel for plaintiffs and counsel for West Sound, which would dismiss all claims against West Sound with prejudice. The electronic mail stated that the document was sent to the court by mail that day.

NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. § 1441 – 2

067826.000025 635050.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

5. With the dismissal of West Sound as a party, this action is one in which the United States District Court is given original jurisdiction by reason of complete diversity of citizenship and the requisite amount in controversy pursuant to Title 28 U.S.C. § 1332.

6. Venue is proper in the United States District Court for the Western District of Washington, in that State Farm conducts business in Kitsap County, Washington, and State Farm is subject to personal jurisdiction there. (Amended Complaint for Damages, ¶ 1.2) 28 U.S.C. § 1391.

7. The suit is between plaintiffs Mark Hoffman and Patricia Hoffman, residents of King County, Washington, and defendant State Farm Fire and Casualty Company, an Illinois corporation with its principal place of business in Illinois.

8. State Farm has a good-faith belief that the amount in controversy exceeds $75,000 exclusive of interest and costs. Prior to filing suit, plaintiffs claimed their damages totaled approximately $200,000, and offered to settle their claims for $135,000. Since filing suit, plaintiffs have asserted their damages exceed $115,000, not including fees and costs incurred in the litigation. They have requested that the court treble their alleged damages under the Insurance Fair Conduct Act. (Amended Complaint for Damages, prayer for relief at 7) Their settlement demand has increased.

9. Removal to federal court is appropriate in any civil action brought in state court over which the federal district court has original jurisdiction. 28 U.S.C. § 1441.

10. As of the date of the filing of this Notice of Removal of Civil Action, 30 days or less have elapsed from the time this matter first became removable. State Farm first received a copy of the Stipulation and [Proposed] Order of Dismissal With Prejudice on June 9, 2016.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal of Civil Action is being served upon plaintiffs' attorneys and a copy will be filed with the Clerk of the Superior Court of the State of Washington for Kitsap County.

NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. § 1441 – 3

067826.000025 635050.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1  12. By filing this Notice of Removal, State Farm does not waive, and instead expressly reserves, all rights, defenses or objections of any nature that it may have with respect to plaintiffs' claims.

DATED this 20th day of June, 2016.

REED McCLURE

By _____
Michael S. Rogers, WSBA 16423
Attorney for Defendant
1215 Fourth Avenue, Suite 1700
Seattle WA  98161-1087
206-292-4900 – Phone
206-223-0152 – Fax
mrogers@rmlaw.com

NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. § 1441 – 4

067826.000025 635050.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce Winchell
Janna Annest
Mills Meyers Swartling PS
30th Floor
1000 Second Avenue
Seattle WA 98104-1064
**Attorneys for Plaintiffs**

Philip T. Mattern
Demco Law Firm PS
Suite 200
5224 Wilson Avenue South
Seattle WA 98118-2587
**Attorney for Defendant Windermere Property Management West Sound**

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*N/A*

DATED June 20, 2016, at Seattle, Washington.

*/s/ Katherine McBride*
Katherine McBride

CERTIFICATE OF SERVICE – 5

067826.000020 635050.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152